

# IN THE
# TENTH COURT OF APPEALS

## No. 10-14-00284-CV

## IN THE INTEREST OF A.J.M. AND A.R.M., CHILDREN

**From the 378th District Court
Ellis County, Texas
Trial Court No. 80226D**

## ORDER

Appellant was ordered on September 17, 2015 to serve Angel Morales, appellee,

with a copy of the Court's September 17, 2015 order and copies of appellant's:

1. "Motion for Extension" filed on February 9, 2015, **and** the Court's disposition thereof on February 18, 2015;
2. "Motion for Extension" filed on March 9, 2015, **and** the Court's disposition thereof on March 18, 2015;
3. "Motion for Extension" filed on April 24, 2015, **and** the Court's disposition thereof on April 29, 2015;
4. "Appellant's Brief on the Merit" filed on April 24, 2015;
5. correspondence to the Court received on April 30, 2015 and dated April 30, 2015;
6. correspondence to the Court received on June 26, 2015 and dated June 25, 2015;

7. correspondence to the Court received on August 18, 2015 and dated August 18, 2015

by certified mail, return receipt requested, and simultaneously provide proof of such service to the Clerk of this Court.

Appellant accomplished this by mailing all of the required documents by certified mail, return receipt requested, to Morales's home address. We have since discovered that Morales no longer resides at the home address to which these documents were mailed and that Morales left no forwarding address. We have, however, located a work address for Morales.

Therefore, appellant is ORDERED to serve Angel Morales, within 14 days from the date of this Order, with a copy of the September 17, 2015 order, a copy of this order, and copies of appellant's:

1. "Motion for Extension" filed on February 9, 2015, **and** the Court's disposition thereof on February 18, 2015;
2. "Motion for Extension" filed on March 9, 2015, **and** the Court's disposition thereof on March 18, 2015;
3. "Motion for Extension" filed on April 24, 2015, **and** the Court's disposition thereof on April 29, 2015;
4. "Appellant's Brief on the Merit" filed on April 24, 2015;
5. correspondence to the Court received on April 30, 2015 and dated April 30, 2015;
6. correspondence to the Court received on June 26, 2015 and dated June 25, 2015;
7. correspondence to the Court received on August 18, 2015 and dated August 18, 2015

at Morales's work address at:

Angel Morales
c/o Rock-Tenn Converting of Georgia
6200 N. Interstate Hwy 35 E.
Waxahachie, Texas, 75165

by certified mail, return receipt requested, restricted delivery, and provide confirmation

of such service once it is accomplished to the Clerk of this Court.

Failure to serve the copies as required, provide the notice to the Clerk as required

or respond to this Order at all will result in dismissal of the appeal without further

notice. *See* TEX. R. APP. P. 42.3(c).

PER CURIAM

Before Chief Justice Gray,
      Justice Davis, and
      Justice Scoggins
Order issued and filed November 5, 2015

